FILED

12/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0604

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0604

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

PRESTON CSOO ROSSBACH,

     Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 15-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 27, 2023, within which to prepare, file, and serve its response brief.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 4 2023